# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4064

_____

| | | |
|---|---|---|
| United States Of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Pemon B. Ray, also known as | * | |
| Bradley Smith, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  November 2, 2000

Filed:  November 7, 2000

_____

Before BOWMAN, HEANEY, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Pemon B. Ray appeals the sentence the district court[1] imposed on him following his guilty plea to knowingly and intentionally possessing with intent to distribute phencyclidine (PCP).  On appeal, counsel moved to withdraw pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), filing a brief in which he raises the issue whether the

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

district court erred in finding Mr. Ray was a career offender. Mr. Ray has not filed a pro se supplemental brief.

Having carefully reviewed the record, we conclude the district court did not err in sentencing Mr. Ray as a career offender: he was at least eighteen years old at the time he committed the instant offense, the instant felony is a controlled substance offense, and Mr. Ray had the requisite prior qualifying felony convictions (assault and controlled-substance delivery). See U.S.S.G. §§ 4B1.1, 4B1.2(a)(1), (b).

In accordance with Penson v. Ohio, 488 U.S. 75 (1988), we have reviewed the record for any non-frivolous issues and have found none.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.